614

No. 333. WOODBURY ET AL. v. COMMERCE TRUST Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. E. R. Johnston, I. N. Watson, Henry N. Ess, Armwell L. Cooper,* and *Rees Turpin* for petitioners. *Messrs. Samuel A. Mitchell* and *H. M. Langworthy* for respondents.

No. 334. DANTE, EXECUTOR, v. TAIT, COLLECTOR OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. James C. Rogers* and *Harold N. Marsh* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *F. E. Youngman* for respondent.

No. 337. BOSTER v. FIRST NATIONAL BANK, DETROIT, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Howell Van Auken* for petitioner. *Mr. Robert S. Marx* for respondents.

No. 338. SMITH ET AL. v. RUSSELL, FORMER COLLECTOR OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. L. Barber* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Morton K. Rothschild* for respondent.